# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132698-9 & (46)

PRUDENTIAL PROPERTY & CASUALTY
INSURANCE COMPANY,
　　　　　Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
　　　　　Defendant-Appellee.
_____/

SC: 132698
COA: 260203
Court of Claims: 03-000139-MT

PRUDENTIAL INSURANCE COMPANY,
　　　　　Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
　　　　　Defendant-Appellee.
_____/

SC: 132699
COA: 260204
Court of Claims: 03-000140-MT

　　　　On order of the Court, the motion for leave to file brief amici curiae is GRANTED. The application for leave to appeal the September 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

d0530

Clerk